IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | } |
| Plaintiff, | } |
| vs. | } Case No. 11-10118-01-JTM |
| **MICHAEL SCOTT RAMSEY,** | } |
| Defendant. | } |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

That on or about July 1, 2009, within the District of Kansas, the defendant,

**MICHAEL SCOTT RAMSEY,**

knowingly and willfully made a threat to take the life of, and to inflict bodily harm upon, the President of the United States, in violation of Title 18, United States Code, Section 871(a).

### COUNT 2

That on or about June 7, 2011, within the District of Kansas, the defendant,

**MICHAEL SCOTT RAMSEY,**

knowingly and willfully made a threat to take the life of, and to inflict bodily harm upon, the President of the United States, in violation of Title 18, United States Code, Section 871(a).

**A TRUE BILL.**

07/19/2011                                      /s/ Foreman
Date                                            Foreman of the Grand Jury

s/ Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, KS 672020
barry.grissom@usdoj.gov
Kan. Sup. Ct. No. 10866

[It is requested that jury trial be held in Wichita, Kansas.]